| | |
|---|---|
| 1 | AMIN WASSERMAN GURNANI, LLP |
| 2 | William P. Cole, Bar No. 186772 |
|   | Matthew R. Orr, Bar No. 211097 |
| 3 | Richard L. Hyde, Bar No. 286023 |
|   | 515 South Flower St., 18th Floor |
| 4 | Los Angeles, CA  90071 |
|   | Tel:   (213) 933-2330 |
| 5 | Fax:   (312) 884-7352 |
|   | wcole@awglaw.com |
| 6 | morr@awglaw.com |
| 7 | rhyde@awglaw.com |
| 8 | Attorneys for Defendant Three Wishes Foods, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| JOSE LUNA, | Case No.: 5:23-cv-00922-EJD |
|---|---|
| Plaintiff, | **NOTICE OF ERRATA RE  ECF NO. 32 STIPULATION RE: FIFTH STATUS REPORT RE: NINTH CIRCUIT APPEALS** |
| v. | |
| THREE WISHES FOODS, INC., | |
| Defendant. | |

1
NOTICE OF ERRATA

| | |
|---|---|
| 1 | Defendant Three Wishes Foods, Inc., ("Defendant") files this Notice of Errata to correct |
| 2 | a mistake with respect to the filing of ECF Document 32. On July 25, 2024, Defendant |
| 3 | incorrectly filed as Document 32 a Status Report incorrectly identifying the wrong entity in the |
| 4 | signature block and failed to include Exhibit 1 to the Status Report. Defendant respectfully |
| 5 | requests that this Court accept the attached Exhibit A. as the corrected Status Report. |

Dated: July 26, 2024                                **AMIN WASSERMAN GURNANI, LLP**

/s/ *William P. Cole*
William P. Cole
Attorneys for Three Wishes Foods, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 26, 2024, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<u>*/s/ William P. Cole*</u>
William P. Cole