AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:   (213) 933-2330
Fax:   (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
rhyde@awglaw.com

Attorneys for Defendant Three Wishes Foods, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUNA,<br><br>    Plaintiff,<br><br>v.<br><br>THREE WISHES FOODS, INC.,<br><br>    Defendant. | Case No.:  5:23-cv-00922-EJD<br><br>**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY OR VIA ZOOM AND [PROPOSED] ORDER**<br><br>**Date:**        August 22, 2024<br>**Time:**       10:00 a.m. PT<br>**Location**   San Jose, Courtroom 4, 5th Fl. |

1  Defendant Three Wishes Foods, Inc., ("Defendant") files this Administrative Request to Appear Telephonically or Via Zoom for the status conference currently schedule for August 22, 2024. Counsel for Defendant seeks to appear telephonically because Counsel's office is located in the Central District of California, and Counsel does not have any offices located within the Bay Area counties or other counties covered by the San Jose Division. Counsel is filing this request more than one week prior to the scheduled status conference.

Dated:  August 14, 2024                    **AMIN WASSERMAN GURNANI, LLP**

/s/ *William P. Cole*
William P. Cole
Attorneys for Three Wishes Foods, Inc.

**[PROPOSED] ORDER**

Pursuant to Defendant Three Wishes Foods, Inc.'s ("Defendant") Administrative Request to Appear Telephonically or via Zoom, and good cause appearing, **IT IS HEREBY ORDERED:**

1. That counsel for Defendant may appear telephonically or via zoom for the status conference scheduled on August 22, 2024. Counsel shall comply with the requirements for appearing telephonically or via zoom as outline in this Court's Standing Order for Civil Cases.

**Dated:**_____

                                                          The Honorable Edward J. Davila
                                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2024, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ William P. Cole*
William P. Cole